*Alfred R. Page* and *Simon Sultan* for appellant.

*Henry Hirschberg* and *J. R. Thompson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

MICHAEL NAFTAL, Appellant, *v.* CECILIE ULLMAN et al., Respondents.

*Creditor's suit — action to set aside conveyance of real property.*

*Naftal* v. *Ullman*, 208 App. Div. 739, affirmed.

(Argued October 7, 1924; decided October 21, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 19, 1924, modifying and affirming as modified a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term. The action was brought by a judgment creditor to set aside a conveyance of real property by the respondent Jarvis (the judgment debtor) to the respondent Ullman, upon the ground that the transfer hindered and delayed the appellant, it being alleged that the conveyance was made for the use of the judgment debtor and to conceal his ownership and prevented application of the realty to satisfy the judgment.

*Richard J. Mackey, Francis L. Driscoll* and *Frederick A. Card* for appellant.

*Norman M. Behr, Emanuel J. Myers* and *Samuel J. Goldsmith* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.